UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC, | Case No. 2:22-cv-00986-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| RNN ENTERTAINMENT INC., ROMEL MARCUS, DERRICK ROBINSON, BODIE ENTERTAINMENT, INC., GUSTAV HENINGBURG, II, JOHN AND JANE DOES 1-10, JAMES G. EVANS, FRANCESCO CINA, MING AND SONS, LLC, GOODLIFE ENTERTAINMENT L.L.C., JOHN WARDLOW JR., THE RTD GROUP, LLC, OLUREMI DARAMOLA, | |
| Defendants. | |

Pending before the Court is the Application for Order Allowing the Examination of John Wardlow, Jr., Judgment Debtor (ECF No. 21).

Under Rule 69 of the Federal Rules of Civil Procedure, the judgement creditor may obtain discovery from a judgment debtor under proceedings delineated in the state where the federal court is located.  NRS 21.270(1) permits a judgment creditor to apply for an order for the examination of a judgment debtor.

The Judgement was registered in this Court on March 5, 2020.  Judgment Debtor, John Wardlow, Jr. is now believed to be living and working in Clark County, Nevada.  Judgment Creditor agrees to attempt to confirm Mr. Wardlow's location and serve him with the Order of the Court.

Accordingly, the Application for Order Allowing the Examination of John Wardlow, Jr. (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that John Wardlow, Jr., Judgment Debtor is Ordered to appear for a judgment debtor examination, under oath, on **March 7, 2023 at 10:00 a.m.** at the law offices of McDonald Carano, LLP, located at **2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102**.

IT IS FURTHER ORDERED that on or before **5 p.m. on February 28, 2023**, Mr. Wardlow, Judgment Debtor, must produce to Judgment Creditor's counsel, George F. Ogilvie, III and Daniel I. Aquino, at the law offices of McDonald Carano, located at **2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102**, the following:

1.  All bank records and account statements from 2020 to present, including but not limited to your checking accounts, savings accounts, certificate of deposit accounts, money market accounts, etc.;

2.  All records and documents from 2020 to the present relating to your investment accounts, brokerage accounts, stocks, bonds, mutual funds, REIT's, deeds of trust, promissory notes, etc.;

3.  All income and expense statements, general ledgers, balance sheets, and other financial statements for every entity (including, without limitations, every corporation, partnership, limited liability company, investment trust, or other entity) in which Judgment Debtor is or has been an owner, officer, agent, member or investor in the past two years;

4.  All personal financial statements created or used within the last two years;

5.  All tax returns and documents (including W-2's, 1099's and all documents in preparation for tax returns) for the tax years 2020, 2021 and 2022;

6.  Copies of all paycheck stubs received by you, or any corporation you are affiliated with in the last two years, including all wages, bonuses, tips or other remuneration received as an employee, independent contractor, or because of self-employment, etc.;

7.  Copies of all checks or check stubs you have received or deposited within the last two years that exceed $1,000.00;

8.  All deeds or other documents showing ownership, purchase or sale of all your real property;

9.  All records from 2020 to the present relating to any liens, financing agreements, mortgages, deeds of trust, or their encumbrances on your real property, including mortgage account statements;

10. Any and all Trust documents in which you are a beneficiary;

11. Copy of all titles, bills of sale, purchase agreements for all vehicles and motorized craft, including automobiles, boats, watercraft, airplanes, aircraft, recreational vehicles, etc.;

12. All records from 2020 to the present relating to any liens, financing agreements, security interests, or other encumbrances on your personal property;

13. Copies of all receipts, bills of sale, purchase agreements relating to the purchase of any appliances, furniture, power tools and electronics within the last two years;

14. Copies of all appraisals for any personal property you own, including jewelry, artwork, collectibles, antiques, etc.;

15. All business records related to business entities you have opened, or directed another individual to open on your behalf; and/or

16. All other documents regarding any other assets you own or hold.


Dated this 5th day of January, 2023.


ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE